## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| CIJI STRINGER ET AL | CIVIL DOCKET NO. 6:23-CV-00415 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ROBIN INSTRUMENT & SPECIALTY LLC ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation.  After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 34] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the MOTION TO DISMISS [Doc. 4] filed by Defendant Robin Instrument & Specialty LLC is DENIED IN PART as to the timeliness of Plaintiffs' suit and GRANTED IN PART as to Jane Belk's right of action and, that the MOTION TO DISMISS LOUISIANA WORKERS' COMPENSATION CORPORATION INTERVENTION COMPLAINT [Doc. 31] filed by Defendant Robin Instrument & Specialty LLC is DENIED.

THUS DONE AND SIGNED in Chambers on this 12th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT